IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~Uhe~~ D.C.

05 JUN -2 PM 4: 23

~~ROBERT R. DI TROLIO~~
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
  Plaintiff,

VS.

KENNETH CHAMBERS
  Defendant.

)
)
)
)
)
)
)
)
)
)

CR. NO. 05-20041-B

## ORDER ON CHANGE OF PLEA
## AND SETTING

This cause came on to be heard on June 2, 2005, the United States Attorney for this district, Camille Mc Mullen, appearing for the Government and the defendant, Kenneth Chambers, appearing in person and with counsel, April Goode, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1-19 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, SEPTEMBER 1, 2005, at 1:30 P.M., before Judge J. Daniel Breen.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 2nd day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
th Rule 55 and/or 32(b) FRCrP on _10 - 9 - 05_

22

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20041 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT